■ BLAISE ENTERPRISES, INC., Respondent, v BRUCE H. STOCK et al., Appellants.—Appeal from a judgment of the Supreme Court in favor of plaintiff, entered December 24, 1975 in Fulton County, upon a decision of the court at a Trial Term without a jury. The judgment should be affirmed for the reasons stated in the opinion at the Trial Term. Additionally, we note that the record establishes that a claim of right to use the property was established (see *Lumnah v Rogers,* 33 AD2d 596). Judgment affirmed, with costs. Kane, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.